IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SBA NETWORK SERVICES, INC.,

      Plaintiff,                                  05cv1392

v.                                          **Electronically Filed**

TELECOM PROCUREMENT
SERVICES, INC., ET AL.,

      Defendants.

## Order of Court

And now, this 20th day of July, 2006, for the reasons set forth in the foregoing Memorandum Opinion, IT IS HEREBY ORDERED that:

(1)    Plaintiff's motion for summary judgment (doc. no. 13) is GRANTED as to liability on the breach of contract action, and DENIED as to damages at this time.

(2)    Defendant TPS's motion for summary judgment (doc. no. 15) is GRANTED as to the negligence claims, and in all other respects, said motion is DENIED.

(3)    Plaintiff shall file a renewed motion for summary judgment as to damages, along with the proper supporting documentation, as well as documentation supporting its request for attorney's fees and costs or on before August 3, 2006, and defendant TPS shall file its response thereto on or before August 11, 2006.

                                              SO ORDERED this 20th day of July, 2006.

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc:      All counsel of record