IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SBA NETWORK SERVICES, INC.,

      Plaintiff,                                              05cv1392

    v.                                                   **Electronically Filed**

TELECOM PROCUREMENT
SERVICES, INC., ET AL.,

      Defendants.

### Order of Court

And now, this 31st day of August, 2006, IT IS HEREBY ORDERED that:

(1)    Plaintiff's Renewed Motion for Summary Judgment (doc. no. 30) is GRANTED.

(2)    Judgment is hereby entered in favor of plaintiff and against defendants in the amount of $355,334.71.

(3)    The Clerk shall mark the docket closed.

                                                                   s/Arthur J. Schwab
                                                                   Arthur J. Schwab
                                                                   United States District Judge

cc:    All counsel of record